IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEFOREST L. KELLY,

      Appellant,

 v.
                              Case No. 5D22-645
                              LT Case No. 2011-CF-50130-BX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Deforest L. Kelly, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.